**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   DEXTER SAFFOLD                                         Case No.: 10-41170

         Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/14/2010.

2) This case was confirmed on 01/06/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/10/2011.

6) Number of months from filing to the last payment: 4

7) Number of months case was pending: 7

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    3,025.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ | 880.00 |
| Less amount refunded to debtor | $ | .00 |
| **NET RECEIPTS** | $ | 880.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid through the Plan | $ | 576.19 |
| Court Costs | $ | .00 |
| Trustee Expenses and Compensation | $ | 60.71 |
| Other | $ | .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ | 636.90 |
| Attorney fees paid and disclosed by debtor | $ | 392.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT COR | UNSECURED | 300.00 | 351.11 | 351.11 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | NA | 548.72 | 548.72 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 2,400.00 | 2,873.81 | 2,873.81 | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 383.00 | 670.68 | 670.68 | .00 | .00 |
| UNITED CREDIT UNION | SECURED | 2,500.00 | 5,466.67 | 2,500.00 | 231.09 | 12.01 |
| ST FRANCIS HOSPITAL | UNSECURED | NA | 308.17 | 308.17 | .00 | .00 |
| UNITED CREDIT UNION | UNSECURED | 450.00 | .00 | 2,966.62 | .00 | .00 |
| ADT SECURITY SERVICE | UNSECURED | 830.00 | NA | NA | .00 | .00 |
| UNITED STATES POSTAL | UNSECURED | 65.00 | NA | NA | .00 | .00 |
| UNITED STATES POSTAL | UNSECURED | 64.00 | NA | NA | .00 | .00 |
| UNITED STATES POSTAL | UNSECURED | 63.00 | NA | NA | .00 | .00 |
| ALLIANCEONE RECEIVAB | UNSECURED | 61.00 | 61.00 | 61.00 | .00 | .00 |
| UNITED STATES POSTAL | UNSECURED | 59.00 | NA | NA | .00 | .00 |
| US BANK | UNSECURED | 1,160.00 | NA | NA | .00 | .00 |
| US BANK | UNSECURED | 1,160.18 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 682.42 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SER/ | UNSECURED | 750.00 | NA | NA | .00 | .00 |
| BALLY TOTAL FITNESS | UNSECURED | 1,243.00 | 1,600.77 | 1,600.77 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | .00 | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 64.00 | 1,399.23 | 1,399.23 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 61.00 | NA | NA | .00 | .00 |
| INDIANA BELL TELEPHO | UNSECURED | 400.00 | 280.63 | 280.63 | .00 | .00 |
| BALLYS TOTAL FITNESS | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| VERIZON WIRELESS | UNSECURED | 940.00 | 1,124.70 | 1,124.70 | .00 | .00 |
| CERTEGY PAYMENT RECO | OTHER | .00 | NA | NA | .00 | .00 |
| BERNARDO YAHUACA | UNSECURED | 1,600.00 | NA | NA | .00 | .00 |
| BONDED BUSINESS | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| CAINE & WEINER | UNSECURED | 90.00 | NA | NA | .00 | .00 |
| CALLUM PROPERTIES | UNSECURED | 775.00 | NA | NA | .00 | .00 |
| CRA | UNSECURED | 535.00 | NA | NA | .00 | .00 |
| COLLECTION COMPANY O | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| CCB CREDIT SERVICE I | UNSECURED | 119.55 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | 740.42 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | 830.00 | NA | NA | .00 | .00 |
| CERTEGY | UNSECURED | 130.00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 1,655.00 | NA | NA | .00 | .00 |
| CHASE BANK | UNSECURED | 229.93 | NA | NA | .00 | .00 |
| CIRCUIT CITY | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| CMI | UNSECURED | 52.97 | NA | NA | .00 | .00 |
| COLLECTION COMPANY O | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| COLLECTION COMPANY O | UNSECURED | 52.97 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 200.00 | 759.63 | 759.63 | .00 | .00 |
| COMCAST | UNSECURED | 380.28 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 194.16 | NA | NA | .00 | .00 |
| COMPLETE CAR CENTER | UNSECURED | 716.00 | NA | NA | .00 | .00 |
| CBSI | UNSECURED | 116.00 | NA | NA | .00 | .00 |
| HOLLYWOOD VIDEO | UNSECURED | 140.00 | NA | NA | .00 | .00 |
| CREDIT COLLECTION SV | UNSECURED | 532.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 550.00 | NA | NA | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | 351.00 | NA | NA | .00 | .00 |
| CREDITORS COLLECTION | UNSECURED | 103.00 | NA | NA | .00 | .00 |
| ASSOC ST JAMES RADIO | UNSECURED | 208.00 | NA | NA | .00 | .00 |
| DELL | UNSECURED | 2,045.00 | NA | NA | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | 170.00 | NA | NA | .00 | .00 |
| DIRECT TV | UNSECURED | 40.23 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 122.00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 85.00 | NA | NA | .00 | .00 |
| F&W LLC | UNSECURED | 2,000.00 | NA | NA | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 153.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | 1,150.29 | 714.51 | 714.51 | .00 | .00 |
| FIRST CASH ADVANCE | UNSECURED | 371.25 | NA | NA | .00 | .00 |
| FIRST MIDWEST BANK | UNSECURED | 1,687.00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 804.00 | 804.27 | 804.27 | .00 | .00 |
| FIRST PREIMER BANK | UNSECURED | 543.00 | NA | NA | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | 269.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FIRST PREMIER BANK | UNSECURED | 293.31 | NA | NA | .00 | .00 |
| FNB OMAHA | UNSECURED | 1,197.00 | NA | NA | .00 | .00 |
| BELLSOUTH | UNSECURED | .00 | NA | NA | .00 | .00 |
| FRANKLIN COLLECTION | UNSECURED | 349.00 | NA | NA | .00 | .00 |
| FRANKLIN COLLECTION | UNSECURED | 123.00 | NA | NA | .00 | .00 |
| FRANKLIN COLLECTION | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| GLOBAL PAYMENT | UNSECURED | 1,169.00 | NA | NA | .00 | .00 |
| GLOBAL PAYMENT | UNSECURED | 1,194.00 | NA | NA | .00 | .00 |
| ST MARGARET MER | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| PEOPLES GAS | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| PEOPLES GAS | UNSECURED | 108.00 | NA | NA | .00 | .00 |
| ST ALEXIUS MEDICAL C | UNSECURED | 830.00 | NA | NA | .00 | .00 |
| JEWEL FOOD STORES | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| HUMANA INSURANCE CO | UNSECURED | 67.20 | NA | NA | .00 | .00 |
| HYDE PARK PODIATRY C | UNSECURED | 279.00 | NA | NA | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | 231.00 | NA | NA | .00 | .00 |
| IMAGINE/FBOFD | UNSECURED | 1,100.00 | NA | NA | .00 | .00 |
| JBC & ASSOCIATES | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | .00 | 3,337.05 | 3,337.05 | .00 | .00 |
| LISA PHILLIPS | UNSECURED | 270.00 | NA | NA | .00 | .00 |
| M & M HEATING & COOL | UNSECURED | .00 | NA | NA | .00 | .00 |
| MONROE JUSTICE CT AM | UNSECURED | 775.00 | NA | NA | .00 | .00 |
| CELLULAR SOUTH | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| VILLAGE OF LANSING | UNSECURED | .00 | NA | NA | .00 | .00 |
| BMG MUSIC SERVICE | UNSECURED | 166.00 | NA | NA | .00 | .00 |
| NCO | UNSECURED | .00 | NA | NA | .00 | .00 |
| NCO | UNSECURED | 447.00 | NA | NA | .00 | .00 |
| NEW MILL | UNSECURED | 514.00 | NA | NA | .00 | .00 |
| NEW MILL | UNSECURED | 515.00 | NA | NA | .00 | .00 |
| NORTHWEST MEMORIAL P | UNSECURED | 99.68 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | .00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 289.00 | 475.96 | 475.96 | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 3,337.00 | NA | NA | .00 | .00 |
| PROFESSIONAL ACCOUNT | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| SPRINT | UNSECURED | 428.00 | NA | NA | .00 | .00 |
| ROBERT J ADAMS & ASS | UNSECURED | 834.00 | 1,490.38 | 1,490.38 | .00 | .00 |
| SBC | UNSECURED | 415.00 | NA | NA | .00 | .00 |
| SOUTHEASTERN FINANCI | UNSECURED | 33.00 | NA | NA | .00 | .00 |
| SOUTHSHORE REALITY | OTHER | .00 | NA | NA | .00 | .00 |
| GALAXY INTERNATIONAL | UNSECURED | 1,108.27 | 936.12 | 936.12 | .00 | .00 |
| SPRINGFIELD HOUSING | UNSECURED | 500.00 | 397.00 | 397.00 | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 414.00 | 750.24 | 750.24 | .00 | .00 |
| SPRINT | UNSECURED | 220.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ST MARGARET MERCY | UNSECURED | 258.17 | NA | NA | .00 | .00 |
| STASSINOS LAW OFFICE | UNSECURED | 1,026.00 | NA | NA | .00 | .00 |
| VILLAGE OF SCHAUMBUR | UNSECURED | 356.00 | NA | NA | .00 | .00 |
| STATEWIDE CREDIT | UNSECURED | 80.00 | NA | NA | .00 | .00 |
| ARCHER HEIGHTS CU | UNSECURED | .00 | NA | NA | .00 | .00 |
| SUN CASH | UNSECURED | 450.00 | NA | NA | .00 | .00 |
| SAINT FRANCIS HOSPIT | UNSECURED | 81.00 | NA | NA | .00 | .00 |
| T MOBILE | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| THE SCOOTER STORE | UNSECURED | 585.07 | NA | NA | .00 | .00 |
| TRINSIC COMMUNICATIO | UNSECURED | 255.00 | NA | NA | .00 | .00 |
| U HAUL | UNSECURED | 65.00 | NA | NA | .00 | .00 |
| U HAUL | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| USA PAYDAY LOANS | UNSECURED | 476.00 | 475.96 | 475.96 | .00 | .00 |
| US CELLULAR | UNSECURED | 634.74 | NA | NA | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | 171.47 | NA | NA | .00 | .00 |
| WESTTUPELO SELF STOR | UNSECURED | 220.00 | NA | NA | .00 | .00 |
| WILLIAMS ALEXANDERA | UNSECURED | 440.00 | NA | NA | .00 | .00 |
| WILLAMS ALEXANDER | UNSECURED | 423.00 | NA | NA | .00 | .00 |
| ARCCERTEGY | UNSECURED | 52.00 | NA | NA | .00 | .00 |
| ZENITH ACQUISITION | UNSECURED | 52.00 | NA | NA | .00 | .00 |
| PIERCE POWELL | OTHER | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 1,189.51 | 1,189.51 | .00 | .00 |
| MCSI/RMI | UNSECURED | NA | 734.64 | 734.64 | .00 | .00 |
| ILLINOIS BELL TELEPH | UNSECURED | NA | 4,854.74 | 4,854.74 | .00 | .00 |
| NICOR GAS | UNSECURED | NA | 112.32 | 112.32 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 2,500.00 | 231.09 | 12.01 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 2,500.00 | 231.09 | 12.01 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 29,217.77 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 636.90 |
| Disbursements to Creditors | $ | 243.10 |
| **TOTAL DISBURSEMENTS:** | $ | 880.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   04/12/2011                          /s/ Tom Vaughn
                                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**